

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## No. 02-18-00048-CV

| | | |
|---|---|---|
| CHRISTOPHER PAUL GROGAN, Appellant | § | On Appeal from the 271st District Court |
| | § | |
| | § | of Wise County (CV18-01-022) |
| V. | | |
| | § | December 6, 2018 |
| ELITE METAL FABRICATORS, INC., Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Christopher Paul Grogan shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth